UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 07-13693

MICHAEL BURKS, SR., ET.AL,

    Plaintiff(s),

-v-

WASHINGTON MUTUAL BANK F.A., ET.AL,

    Defendant(s).
_____/

<u>ORDER SETTING ASIDE ORDER TO SHOW CAUSE</u>

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on <u>March 3, 2008.</u>

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of progress and the Third Party Defendants having filed answers, therefore;

IT IS ORDERED that the Court's Order to Show Cause as to why this case should not be dismissed for lack of progress be and the same is hereby SET ASIDE.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: March 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 3, 2008, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager