UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF NOVEMBER AND DECEMBER, 2008, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of November and December, 2008. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 07-13748 FRANKLIN BANK V. TINDALL, ET.AL
2. 07-13769 YOUSIF V. ACUMENT GLOBAL TECHNOLOGIES, ET.AL
3. 08-11091 BEASLEY V. STATE FARM FIRE & CASUALTY
4. 07-14946 SALENBIEN V. ALLSTATE INSURANCE CO.
5. 07-15454 NASR V. DELL COMPUTER MARKETING LIMITED PARTNERSHIP
6. 07-13693 BURKS V. WASHINGTON MUTUAL BANK, ET.AL
7. 08-11282 BOURDGANIS V. THE NORTHERN TRUST CO.
8. 07-14795 ELLLISON V. BALINSKI, ET.AL
9. 08-10052 HUBBARD-KLIK V. UNITED AMERICAN PAYROLL 17, INC., ET.AL

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 8, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 8, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE FINAL PRETRIAL DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**